UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**PATRICK C. KELLEY**                              **CIVIL ACTION**

**VERSUS**                                         **NUMBER: 12-2654**

**CAROLYN W. COLVIN, ACTING**                      **SECTION: "B"(2)**
**COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**[1]

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly, **IT IS ORDERED** that plaintiff's motion for summary judgment is **DENIED** and his complaint is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 14th day of August, 2013.

UNITED STATES DISTRICT JUDGE

---

[1] Carolyn W. Colvin became the Acting Commissioner of the Social Security Administration on February 14, 2013. Pursuant to Fed. R. Civ. P. 25(d), Colvin is automatically substituted for the former Commissioner of Social Security, who was the original named defendant.